# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

EARL RICHARDSON ,

      Plaintiff,  :  Case No. 3:09-cv-455

                                          District Judge Thomas M. Rose
  -vs-                           Magistrate Judge Michael R. Merz

                             :

INDUSTRIAL COMMISSION
  OF OHIO, et al.,

      Defendants.

## ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR TIME EXTENSIONS

This case is before the Court on Plaintiff's Motion for Extension of Time to Answer which appears to request that all time periods in the case when Plaintiff would be required to file something be be adjusted to thirty days. The Court appreciates Plaintiff's difficulties with transportation and health, but is not prepared to extend every deadline on a blanket basis. As a matter of equal justice, all persons who invoke the judicial process should be required to comply, as much as possible, with the same rules of procedure.

The Court is willing, however, to extend time periods on an as-needed basis. Accordingly, the time within which Plaintiff must file any objections to the pending Report and Recommendations is extended to and including January 4, 2010. This does not involve any imposition on other parties because no one has yet been served.

December 9, 2009.

                                                               s/ **Michael R. Merz**
                                                                United States Magistrate Judge