# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| Earl Richardson, | : | |
| Plaintiff, | : | Case No. 3:09-cv-455 |
| - vs - | : | District Judge Thomas M. Rose<br>Magistrate Judge Michael R. Merz |
| Industrial Commission of Ohio, et al., | : | |
| Defendants. | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Second Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #16), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on March 16, 2010, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the Amended Complaint against Defendants TI Automotive Group Systems, Industrial Commission, Ohio Bureau of Workers' Compensation, Marsha Ryan, Administrator of Ohio Bureau of Workers' Compensation, and Product Action International be DISMISSED without prejudice. The Amended Complaint against Defendants John Doe co-worker, Magistrate Robert Cowdrey, Deputy Clerk M Kelly and Staff District Hearing Officers Judy Veltren, W L Brill, Steven Ward and Jack Boller be DISMISSED with prejudice.

March 17, 2010. *s/THOMAS M. ROSE*

                                                             Thomas M. Rose
                                         United States District Judge