# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

EARL RICHARDSON ,

      Plaintiff,      :      Case No. 3:09-cv-455

                                          District Judge Thomas M. Rose
      -vs-                             Magistrate Judge Michael R. Merz

                                 :

INDUSTRIAL COMMISSION
  OF OHIO, et al.,

      Defendants.

## AMENDMENT TO ORDER ADOPTING REPORT AND RECOMMENDATIONS

Upon review the Court notes that the Report and Recommendations (Doc. No. 15) recommended dismissing this case as to Defendant TI Automotive Group with prejudice. Accordingly, the Order Adopting Report and Recommendations (Doc. No. 17) is AMENDED to show that said Defendant is to be dismissed with prejudice.

Pursuant to Fed. R. Civ. P. 60(a), the Clerk is ordered to enter an amended judgment as to said Defendant only, dismissing the Amended Complaint with prejudice.

March 25, 2010.

                                                         **s/Thomas M. Rose**

                                                         Thomas M. Rose
                                               United States District Judge