# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

EARL RICHARDSON,                           :

                Plaintiff,          :          Case No. 3:09-cv-455

   - vs -                                  :          District Judge Thomas M. Rose
                                       Magistrate Judge Michael R. Merz

Industrial Commission of Ohio, et al.,     :

                Defendants.       :

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #40), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

It is hereby ORDERED that Plaintiff's Motion for *in forma pauperis* status is DENIED. The Court also certifies to the United States Court of Appeals that Plaintiff's appeal is objectively frivolous.


December 9, 2013.                          *s/Thomas M. Rose

                                          _____
                                              Thomas M. Rose
                                     United States  District Judge